1  JOHN M. RUNFOLA SBN 96058
   Attorney at Law
2  Pier 9, Suite 100
   San Francisco, California 94101
3  Telephone: (415) 391-4243
   Facsimile: (415) 391-5161
4
   Attorney for Defendant
5  KATHERINE BUCKLEY

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11
                                           )
12  UNITED STATES OF AMERICA,               )   Criminal No. CR 04-0407 MMC
                                            )
13            Plaintiff,                    )   **STIPULATION AND**
                                            )   **[PROPOSED] ORDER TO**
14       v.                                 )   **CONTINUE APRIL 25, 2007**
                                            )   **STATUS CONFERENCE DATE**
15  KATHERINE BUCKLEY,                      )   **AND EXCLUDE TIME**
                                            )
16                                          )
                                            )
17            Defendant.                    )
    _____)
18

19       IT IS HEREBY STIPULATED by and between Assistant United States Attorney,

20  David Hall, counsel for the plaintiff United States of America, John M. Runfola, counsel for

21  the defendant Katherine Buckley, that the status conference hearing in this Court scheduled

22  for April 25, 2007 at 2:30 p.m.., is extended until May 23, 2007 at 2:30 p.m., or as soon

23  thereafter as is convenient for the Court. John M. Runfola will be out of state tomorrow and

24  requests this continuance to allow continuity of counsel.

25       No party objects to the requested continuance.

26  //

27  //

28  //

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act continue to be excluded from April 25, 2007 through May 23, 2007, pursuant to 18 U.S.C. §3161(h)(8)(A) & (B)(ii) and (iv).

**IT IS SO STIPULATED.**

Dated: 04/24/2007                             /s/
                                              JOHN M. RUNFOLA
                                              Counsel for Katherine Buckley

Dated: 04/24/2007                             /s/
                                              DAVID HALL
                                              Assistant United States Attorney

**IT IS SO ORDERED**

Dated: April 25, 2007                         /s/ Maxine M. Chesney
                                              HON. JUDGE MAXINE M. CHESNEY
                                              United States District Court Judge